ACCEPTED
14-15-00190-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/19/2015 4:25:17 PM
CHRISTOPHER PRIN
CLERK

**No. 14-15-00190-CV**

IN THE COURT OF APPEALS
FOR THE FOURTEEN DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/19/2015 4:25:17 PM
CHRISTOPHER A. PRINE
Clerk

**CHRISTINE E. REULE,**
*Appellant*
v.
**JOHN R. BELUS**
*Appellee*

_____

On Appeal from Cause No.  2014-37325
190TH Judicial District Court of Harris County, Texas

_____

**APPELLANT'S STATEMENT TO COURT THAT ITS' NOT
PROVIDING NOTICE TO ALL PARTIES**

------------------------------------------------------------------------------------------------------------

CHRISTINE E. REULE
Pro Se
1831 Sherwood Forest #24
Houston, Texas 77043
(713) 365-0535

IDENTITY OF PARTIES AND THEIR COUNSEL

Appellant, Christine E. Reule, hereby certifies that the following are the list of parties and their respective counsel, if any, to the best of her knowledge and understanding of the rules.

PARTIES                                     COUNSEL

Appellant
CHRISTINE E. REULE                          Pro Se
                                            1831 Sherwood Forest
                                            #24
                                            Houston, Texas 77043
                                            (713) 365-0535
                                            Creule@msn.com

Appellee
 JOHN R. BELUS                              D. John Neese
                                            2118 Smith Street
                                            Houston, Texas 77002
                                            jneese@hmgnc.com

KELLY SANCHEZ AND VALLOUREC                 Jeffrey D. Burbach
DRILLING PRODUCTS USA, INC                  Jackson Walker L.L.P.
                                            1401 McKinney,
                                            Suite 1900
                                            Houston, Texas  77010
                                            713.752.4262 (direct)
                                             jburbach@jw.com

 WENDY HATZ AND DURA
 BOND PIPE                                  COREY REED
                                            Thompson Coe Cousins &
                                            Irons, L.L.P
                                            One Riverway, Suite 1400
                                            Houston, Texas 77056
                                            Phone: 713-403-8213
                                            creed@thompsoncoe.com

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

Christine E. Reule, Appellant, and those similarly situated, respectfully submits this Statement/Notice to this Court that it is not providing copies of documents to all parties, and would show the Court as follows:

On February 20, 2015, Appellant filed an appeal of her entire case, obviously, including all parties. Appellant was informed today by Mr. Jeffrey Burbach, attorney for Kelly Sanchez and Vallourec Drilling Products USA, Inc., that he is not getting notices from the Court of Appeals. Appellant is not sure why, but wants the court to be aware of the situation and to ensure that all parties are provided with proper notices. Therefore, Appellant asks this court to please include all parties in its notices.

Dated: March 19, 2015   Respectfully submitted,

/s/Christine Reule

_____
Christine E. Reule
1831 Sherwood Forest #24
Houston, Texas 77043
Creule@msn.com

CERTIFICATE OF MAILING

The above and foregoing document was served in accordance with Rule 21a on this 19th day of March 2015, on all interested parties in this case.